IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CHRISTIAN ALEJANDRO YUNNI
PEREZ-PEREZ,

Petitioner,

vs.

TODD BLANCHE, in his official
capacity as Acting Attorney General
of the United States, et al.

Respondents.

8:26-CV-219

ORDER

Judgment was entered in this case on May 20, 2026. Filing 12. Accordingly,

IT IS ORDERED that the petitioner's motion to extend his reply brief deadline (filing 13) is denied as moot.

Dated this 26th day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge